SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
pklee@sheppardmullin.com
JOHN D. EDSON, Cal. Bar No. 185709
jedson@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

Attorneys for Allstate Northbrook
Indemnity Company (erroneously sued as
Allstate Insurance Company)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| DIEGO CRUZ, an individual,<br><br>      Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1-100, inclusive,<br><br>      Defendants. | Case No. 8:19-cv-869-JLS-KES<br><br>The Hon. Josephine L. Staton<br>Courtroom 10A<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed: March 19, 2019<br>Trial Date: TBD |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Diego Cruz ("Plaintiff") and Defendant Allstate Northbrook Indemnity Company (erroneously sued as Allstate Insurance Company) ("Allstate"), hereby jointly move to dismiss Plaintiff's above-captioned action against Allstate with prejudice. All parties will bear their own costs and attorneys' fees.

Dated: August 9, 2019     CALIFORNIA LAW GROUP, APLC

By: *s/ Bobby Tamari*
BOBBY TAMARI

Attorneys for Plaintiff Diego Cruz

Dated: August 9, 2019     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: *s/ John D. Edson*
JOHN D. EDSON

Attorneys for Allstate Northbrook Indemnity Company (erroneously sued as Allstate Insurance Company)