JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DIEGO CRUZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1-100, inclusive,<br><br>  Defendants. | Case No. 8:19-cv-869-JLS-KES<br><br>The Hon. Josephine L. Staton<br>Courtroom 10A<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed:  March 19, 2019<br>Trial Date:  TBD |

1  Pending before the Court is a joint motion to dismiss this action with
2  prejudice.  Good cause appearing, the Court **GRANTS** the joint motion and
3  **DISMISSES** this case **WITH PREJUDICE**.
4      **IT IS SO ORDERED**.
5
6  Dated:  August 9, 2019
                                  JOSEPHINE L. STATON
7                                     Hon. Josephine L. Staton
8                                     United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28